IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BANKS, | 1:06-cv-01109 OWW SMS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| D.D. SHEPPARD-BROOKS, et al., | (DOCUMENT #13) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On October 17, 2008, plaintiff filed a motion to extend time to file an amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of September 19, 2008.

IT IS SO ORDERED.

**Dated:   October 24, 2008**          /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE